

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

December 23, 2014

Attorney General Gregory W. Abbott
Attorney General of Texas
P. O. Box 12548, MC 059
Austin, TX 78701

Mr. Elliott Williams
TDCJ NO. 481914
2661 FM 2054, Coffield Unit
Tennessee Colony, TX 75884

RE:    Case Number:  14-1079
          Court of Appeals Number:  12-14-00320-CV
          Trial Court Number:  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

Style:  ELLIOTT WILLIAMS
        v.
        TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*FILED IN COURT OF APPEALS*
*12th Court of Appeals District*

*JAN 05 2015*

*TYLER TEXAS*
*CATHY S. LUSK, CLERK*

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed order in the above-referenced case.

Sincerely,

Blake A. Hawthorne, Clerk

by Melinda Schiera, Deputy Clerk

cc:    Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
       Ms. Janice Staples

# IN THE SUPREME COURT OF TEXAS

### No. 14-1079

ELLIOTT WILLIAMS, RELATOR

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, REAL PARTY IN INTEREST

ON PETITION FOR WRIT OF MANDAMUS

## ORDER

1.      The Motion for Extension of Time to file the Petition for Review filed on December 19, 2014, is **ABATED**.  This case is removed from the Court's active docket.  It is the parties' responsibility to immediately notify the Court once the Court of Appeals' decision is final.  See TEX. R. APP. P. 53.7(a).

Done at the City of Austin, this 23rd day of December, 2014.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Melinda Schiera, Deputy Clerk